UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELTER INSURANCE COMPANY | CIVIL ACTION NO.: 2:08-cv-01160 |
| VERSUS | JUDGE LEMELLE |
| HOMEDICS, INC. AND/OR HOMEDICS, INCORPORATED | MAGISTRATE CHASEZ |

FILED:_____          _____
                                                              DEPUTY CLERK

### ORDER

UPON CONSIDERATION of the Motion to Withdraw Motion to Dismiss filed by Shelter Insurance Company, and noting that there is no just reason to deny the Motion,

IT IS HEREBY ORDERED that the Rule 12(b)(6) Motion to Dismiss, and Rule 12(e) Motion for More Definite Statement be, and hereby is, withdrawn from the record of this case.

New Orleans, Louisiana, this 6th day of _____May_____ 2008.

_____
United States District Judge